**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JOHN W. KIRK, ESQ.**
Nevada Bar No. 4654
**MAEGUN MOOSO, ESQ.**
Nevada Bar No. 15067
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
ranalliservice@ranallilawyers.com
Attorney for Defendant,
*COSTCO WHOLESALE CORPORATION*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| NYE MYRICK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, A Foreign Corporation, DOE EMPLOYEES I through X; DOES I Through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　Defendants. | Case No.  2:24-cv-00102-JAD-EJY |

### STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)

Defendant, COSTCO WHOLESALE CORPORATION (Defendant), by and through their attorneys of record, GEORGE M. RANALLI, ESQ., JOHN W. KIRK, ESQ., and MAEGUN C. MOOSO, ESQ. of the law firm RANALLI ZANIEL FOWLER & MORAN, LLC, and Plaintiff, Nye Myrick (Plaintiff), by and through her attorneys of record GEORGE T. BOCHANIS, ESQ. of GEORGE T. BOCHANIS, LTD. to hereby request this Honorable Court to extend the deadlines as requested herein.

1

I. **LOCAL RULE 6-1 IS SATISFIED**

This is the first request for an extension of discovery deadlines filed by the parties. This Stipulation and request for extension of discovery dates is made more than twenty-one (21) days before the expiration of the deadline for discovery in this case, which is currently December 3, 2024, with initial experts due October 4, 2024.

Pursuant to the controlling Discovery Plan, the following dates govern for purposes of discovery:

1. Discovery Cutoff Date: December 3, 2024
2. Initial Expert Disclosure: October 4, 2024
3. Rebuttal Expert Disclosure: November 4, 2024
4. Dispositive Motions: January 2, 2025
5. Joint Pre-Trial Order: February 1, 2025

The parties have already begun the discovery process including taking relevant depositions, obtaining medical records and bills and conducting discovery amongst the relevant parties. However, the parties are having some difficulties in coordinating availability for all parties and witnesses over the next several months, due to upcoming travels, trials and prior obligations. The parties believe that adjusting the deadlines by sixty (60) days will allow the parties to continue to obtain updated medical records and bills from Plaintiff's providers, take additional depositions and discovery.

Based on the foregoing, the parties have agreed to the extension.

The instant request comports with Local Rule 6-1, in that no request is made after the expiration of the specified period.

II. **THE FOLLOWING DISCOVERY HAS BEEN COMPLETED**

1. Plaintiff's Initial List of Witnesses and Documents Pursuant to FRCP 26(a);
2. Plaintiff's First Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a);
3. Defendant's Disclosure of Witnesses and Exhibits Pursuant to FRCP 26(f);
4. Defendant's First Supplemental Disclosure of Witnesses and Exhibits Pursuant to FRCP 26(f);

5. Defendant's First Set of Interrogatories to Plaintiff;

6. Plaintiff's Responses to Defendant's First Set of Interrogatories;

7. Defendant's First Set of Request for Production of Documents to Plaintiff;

8. Plaintiff's Responses to Defendant's First Set of Requests for Production of Documents;

9. Defendant's First Set of Requests for Admissions to Plaintiff;

10. Plaintiff's Responses to Defendant's First Set of Requests for Admissions;

11. Plaintiff's First Set of Interrogatories to Defendant's;

12. Defendant's Responses to Plaintiff's Set of Interrogatories;

13. Plaintiff's First Set of Requests for Production of Documents to Defendant's;

14. Defendant's Responses to Plaintiff's First Set of Requests for Production of Documents to Defendant's;

15. Deposition of NRCP 30(b)(6) PMK for Defendant Costco re videos produced by Costco. This deposition is being continued as the witness was unable to provide information regarding one of the noticed subject areas;

### III. THE FOLLOWING DISCOVERY IS BEING SCHEDULED (subject to any objections by Defendant and rulings by the Court)

1. Deposition of Plaintiff;

2. Deposition of motorist who was using gas station pump before Plaintiff's fall in same area. Defendant's FRCP 30(b)(6) witness disclosed knowledge of this person's identity during his 6/27/24 deposition;

3. Continued deposition of Defendant's FRCP 30(b)(6) witness re videos produced by Defendant;

4. Independent witness to subject incident;

5. Deposition of Defendant's FRCP 30(b)(6) witness(es) regarding:

6. Defendant's Policies and Procedures for inspecting and cleaning the gas station area;

7. The name(s) and physical location(s) of the gas attendant(s) who were on duty at the time of the subject incident;

8. Training and any training materials provided specific to gas station attendants at the location of the subject incident;

9. Square footage of gas pumping area and numbers of gas pumps at subject incident location;

10. Site plan showing area dimensions, gas pump locations, offices at the gas pump area of Costco where subject incident occurred;

11. Number of vehicles that used the gas station for each month/day/hour located at subject incident for the 90-day period before the subject incident; and

12. For the 120-day period before the subject incident, dates and time of inspections of public walking surfaces of the subject gas pumping area where subject incident occurred and what fall hazards were observed during said inspections.

13. Loss and/or notice of any prior customer and/or customer fall for the five years before the subject incident at all Costco gas station areas in Clark County, including but not limited to the nature and exact location of occurrence, and the date and time of the occurrence; and,

14. Depositions of Plaintiff's treating physicians.

Under Local Rule 26-3(d), it is necessary to articulate a proposed schedule for completing all remaining discovery. The parties are requesting only the expert and rebuttal deadline be extended.

The following deadlines are requested.

1. Discovery Cutoff Date:	January 31, 2025
2. Amending the Pleadings/Adding Parties	November 1, 2024
3. Initial Expert Disclosure:	December 2, 2024
4. Rebuttal Expert Disclosure:	January 2, 2025
5. Dispositive Motions:	March 3, 2025
6. Joint Pre-Trial Order:	April 2, 2025

4

The parties hereby stipulate to the proposed changes in the discovery deadlines.

        IT IS SO STIPULATED.

July 3, 2024                                            July 3, 2024

**RANALLI ZANIEL FOWLER & MORAN, LLC**        **GEORGE T. BOCHANIS, LTD.**

                                                             /s/  George T. Bochanis

/s/  George M. Ranalli
_____                   _____
**GEORGE M. RANALLI, ESQ.**              **GEORGE T. BOCHANIS, ESQ.**
Nevada Bar No. 5748                           Nevada Bar No. 2262
**MAEGUN MOOSO, ESQ.**                   631 South Ninth Street
Nevada Bar No. 15067                        Henderson, NV 89101
2340 W. Horizon Ridge Parkway, Suite 100    Attorneys for Plaintiff
Henderson, Nevada 89052
Attorney for Defendant

### ORDER

IT IS HEREBY ORDERED.

DATED this 4th day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE