UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NYE MYRICK,<br><br>          Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE CORPORATION; a foreign corporation; DOE EMPLOYEES I through X; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | Case No. 2:24-cv-00102-JAD-EJY<br><br>**ORDER** |

Defendant Costco Wholesale Corporation ("Costco") filed three documents on August 29, 2025. Specifically, Costco filed its Reply to Response to Plaintiff's Motion for Summary Judgment (ECF No. 104), its Motion for Leave to File Under Seal (ECF No. 105), and its Motion for Leave to File Under Seal, which is filed under seal. ECF No. 106. Unless the body of a motion to seal references information that itself is to be sealed, such motion should never be filed under seal. Instead, as the Court has previously explained, the filing party must file three documents simultaneously. These include: (1) the motion, opposition, reply, or other filing in a redacted form on the public docket removing from public access information and exhibits sought to be sealed; (2) the same document without any redactions, containing all information and attaching all exhibits, which document is provisionally filed under seal; and (3) the motion to seal that should not attach any documents, but which discusses that which is sought to be sealed and justification for the same. Costco has not complied with this process. Further, Costco files an entire deposition transcript under seal. As Costco itself appears to recognize, the entirety of the deposition transcript need not be sealed.

Accordingly, IT IS HEREBY ORDERED that Costco's Motion to Seal at ECF No. 105 is DENIED. While the Motion recites the compelling reason standard, which properly applies when documents sought to be sealed are attendant to dispositive motions, the Motion then argues the good

1

cause standard. Further, well settled law establishes that producing a document under a confidentiality order is insufficient basis alone to meet the sealing standard.

IT IS FURTHER ORDERED that Costco's Motion to Seal, filed under seal at ECF No. 106, is stricken.

IT IS FURTHER ORDERED that Costco is to file its Reply in Support of Summary Judgment, attaching all exhibits, including Exhibits D and F, under seal no later than **September 8, 2025**.

IT IS FURTHER ORDERED that if Exhibit D need not be sealed in its entirety, Costco must file a redacted copy of Exhibit D on the public docket no later than **September 8, 2025**. That is, Costco must file a copy of Exhibit D on the publicly available docket redacting only those portions of the Exhibit that are so sensitive that removing them from public access meets the compelling reason standard established under Ninth Circuit precedent.

IT IS FURTHER ORDERED that Costco must, no later than **September 8, 2025**, refile its Motion to Seal establishing compelling reasons for sealing the redacted portions of Exhibit D and the entirety of Exhibit F.

DATED this 2nd day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE