**BYRON L. AMES, ESQ. (#7581)**
**BRIAN A. MORRIS, ESQ. (#11217)**
**STONE KALFUS LLP**
8965 S. Eastern Ave., Ste 260
Las Vegas, NV 89123
Telephone: (702) 800-5413
Facsimile: (877) 736-2601
byron.ames@stonekalfus.com
brian.morris@stonekalfus.com
Attorney for Defendant,
COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NYE MYRICK,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, A Foreign Corporation, DOE EMPLOYEES I through X; DOES I Through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | ) | 2:24-cv-00102-JAD-EJY<br><br>**STIPULATION AND UNOPPOSED MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT COSTCO WHOLESALE CORPORATION** |

Defendant Costco Wholesale Corporation ("Costco"), through its undersigned outgoing and incoming counsel, respectfully submits this Stipulation and Motion to Substitute Counsel pursuant to LR IA 11-6.

**STIPULATION AND MOTION**

1. Costco is presently represented in this action by George M. Ranalli, Esq. and Maegun Mooso, Esq., of Ranalli Zaniel Fowler & Moran, LLC (collectively, "Outgoing Counsel").

2. Costco wishes to substitute Byron L. Ames, Esq. and Brian A. Morris, Esq. of Stone Kalfus LLP ("Incoming Counsel"), as its attorney of record in place of Outgoing Counsel.

3. Incoming Counsel, Outgoing Counsel, and Costco, through its authorized representative, consent to this substitution and sign this stipulation and motion below.

4. Incoming Counsel's contact information for service of all future notices, pleadings, and other papers in this action is:

BYRON L. AMES, ESQ.
BRIAN A. MORRIS, ESQ.
STONE KALFUS LLP
8965 S. Eastern Ave., Ste 260
Las Vegas, NV 89123
Telephone: (702) 800-5413
Facsimile: (877) 736-2601
byron.ames@stonekalfus.com
brian.morris@stonekalfus.com

5. The requested substitution will not delay these proceedings or prejudice any party. Upon entry of the Court's order, Incoming Counsel will be counsel of record for Costco, and Outgoing Counsel will be relieved of further responsibility for representation of Costco in this action.

6. A proposed order is submitted concurrently for the Court's consideration.

7. Counsel for Plaintiff, George T. Bochanis, Esq., indicated via email on August 4, 2026 that the Plaintiff does not oppose this substitution.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Costco, Incoming Counsel, and Outgoing Counsel respectfully request that the Court enter an order approving the substitution of Byron L. Ames, Esq., and Brian A. Morris, Esq., of Stone Kalfus LLP, as counsel of record for Costco in place of George M. Ranalli, Esq., and Maegun Mooso, Esq., of Ranalli Zaniel Fowler & Moran, LLC, and relieving Outgoing Counsel of further responsibility for Costco's representation in this action.

DATED this 5 day of August, 2026.

**STONE KALFUS LLP**

*/s/ Brian A. Morris*
**BYRON L. AMES, ESQ.**
**BRIAN A. MORRIS, ESQ.**
8965 S. Eastern Ave., Ste 260
Las Vegas, NV 89123
Attorney for Defendant,
*COSTCO WHOLESALE CORPORATION*

**RANALLI ZANIEL FOWLER & MORAN, LLC**

*/s/ George M. Ranalli*
**GEORGE M. RANALLI, ESQ.**
**MAEGUN MOOSO, ESQ.**
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Outgoing Counsel for Defendant,
*COSTCO WHOLESALE CORPORATION*

**COSTCO WHOLESALE CORPORATION**

By: [signature]
Name: LeighAnn Knight
Title: Complex Claim Specialist
Date: 8/5/26
**Authorized Representative of Defendant**
**Costco Wholesale Corporation**

**BYRON L. AMES, ESQ. (#7581)**
**BRIAN A. MORRIS, ESQ. (#11217)**
**STONE KALFUS LLP**
8965 S. Eastern Ave., Ste 260
Las Vegas, NV 89123
Telephone: (702) 800-5413
Facsimile: (877) 736-2601
byron.ames@stonekalfus.com
brian.morris@stonekalfus.com
Attorney for Defendant,
COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NYE MYRICK,

Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION, A Foreign Corporation, DOE EMPLOYEES I through X; DOES I Through X; and ROE CORPORATIONS I through X, inclusive,

Defendants.

2:24-cv-00102-JAD-EJY

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION AND UNOPPOSED MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT COSTCO WHOLESALE CORPORATION**

IT IS ORDERED that the Stipulation and Unopposed Motion to Substitute Counsel for Defendant Costco Wholesale Corporation is GRANTED.

IT IS FURTHER ORDERED that Byron L. Ames, Esq., and Brian A. Morris, Esq., of Stone Kalfus LLP, are substituted as counsel of record for Defendant Costco Wholesale

Corporation in place of George M. Ranalli, Esq. and Robert N. Eaton, Esq., of Ranalli Zaniel Fowler & Moran, LLC.

IT IS FURTHER ORDERED that George M. Ranalli, Esq., and Maegun Mooso, Esq., are relieved as counsel of record for Defendant Costco Wholesale Corporation upon entry of this Order.

DATED: August 5, 2026

UNITED STATES MAGISTRATE JUDGE